ANDREW CLARK
v.
JAMES MAY

1810

JOURNAL ENTRIES

1. Declaration filed; plea; issue . . . . . . *Journal, infra,* \*p. 313
2. Jurors; verdict; judgment . . . . . . . . . " 316
3. Motion made for taxing costs . . . . . . . " 324
4. Motion overruled . . . . . . . . . . . . " 326
5. Fees taxed disallowed; alias execution ordered . . . . " 387

PAPERS IN S. C. FILE

1. Writ of habeas corpus and return . . . . . . . . . .
2. Commission to take depositions . . . . . . . *Printed in Vol. 2*

3. Deposition of John Fowler . . . . . . . . *Printed in Vol. 2*
4. Statement of expense of obtaining deposition . . . . . .
5. Declaration . . . . . . . . . . . . . . .
6. Subpoena for Dr. William McCoskry, Moses Morse and
    Francis P. Malcher . . . . . . . . . . . .
7. Subpoena for B. Biron and Benjamin Seever . . . . . .
8. Subpoena for Joseph Watson and John Bentley . . . . . .
9. Verdict . . . . . . . . . . . . . . . .

PAPERS IN D. C. FILE

[None]